MELANIE D. MORGAN, ESQ.
Nevada Bar No. 8215
WILLIAM S. HABDAS, ESQ.
Nevada Bar No. 13138
AKERMAN LLP
1160 Town Center Drive, Suite 330
Las Vegas, NV 89144
Telephone:  (702) 634-5000
Facsimile:  (702) 380-8572
Email: melanie.morgan@akerman.com
Email: william.habdas@akerman.com

*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE UNDER THE POOLING AND SERVICING AGREEMENT RELATING TO IMPAC SECURED ASSETS CORP., MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-1,<br><br>Plaintiff,<br><br>vs.<br><br>SEVEN HILLS MASTER COMMUNITY ASSOCIATION; SFR INVESTMENTS POOL 1, LLC; and ALESSI & KOENIG, LLC,<br><br>Defendants. | Case No.:  2:16-cv-00693-RFB-PAL<br><br>**STIPULATION AND ORDER FOR SECURITY OF COSTS** |

Plaintiff Deutsche Bank National Trust Company, as Trustee under the Pooling and Servicing Agreement relating to IMPAC Secured Assets Corp., Mortgage Pass-Through Certificates, Series 2006-1 (**Deutsche Bank**), and Defendant SFR Investments Pool 1, LLC hereby stipulate and agree as follows:

1. Pursuant to NRS 18.130(1) and the SFR INVESTMENTS POOL 1, LLC'S DEMAND FOR SECURITY OF COSTS PURSUANT TO NRS 18.130(1) filed by SFR Investments Pool 1, LLC on April 20, 2016 [Dkt. No. 8], is granted.

{38126241;1}                                1

2. Deutsche Bank shall post a cost bond in the amount of $500.00 or make a cash deposit of $500.00 as to Defendant SFR Investments Pool 1, LLC within seven (7) days of the entry of this order.

DATED this 28th day of April, 2016.

| **AKERMAN LLP** | **KIM GILBERT EBRON** |
|---|---|
| */s/ William S. Habdas*<br>MELANIE D MORGAN, ESQ.<br>Nevada Bar No. 8215<br>WILLIAM S. HABDAS, ESQ.<br>Nevada Bar No. 13138<br>1160 Town Center Drive, Suite 330<br>Las Vegas, Nevada 89144<br><br>*Attorneys for Plaintiff* | */s/ Diana Cline Ebron*<br>DIANA CLINE EBRON, ESQ.<br>Nevada Bar No. 10580<br>JACQUELINE A. GILBERT, ESQ.<br>Nevada Bar No. 10593<br>KAREN L. HANKS, ESQ.<br>Nevada Bar No. 9578<br>7625 Dean Martin Drive, Suite 110<br>Las Vegas, Nevada 89139<br><br>*Attorneys for Defendant SFR Investments Pool 1, LLC* |

**ORDER**

IT IS SO ORDERED:

_____
RICHARD F. BOULWARE, II
United States District Judge

May 3, 2016.
**DATED**

{38126241;1}   2