DIANA CLINE EBRON, ESQ.
Nevada Bar No. 10580
E-mail: diana@kgelegal.com
JACQUELINE A. GILBERT, ESQ.
Nevada Bar No. 10593
E-mail: jackie@kgelegal.com
KAREN L. HANKS, ESQ.
Nevada Bar No. 9578
E-mail: karen@kgelegal.com
KIM GILBERT EBRON
7625 Dean Martin Drive, Suite 110
Las Vegas, Nevada 89139
Telephone: (702) 485-3300
Facsimile: (702) 485-3301
*Attorneys for SFR Investments Pool 1, LLC*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE UNDER THE POOLING AND SERVICING AGREEMENT RELATING TO IMPAC SECURED ASSETS CORP., MORTGAGE PASS-THROUGH CERTIFICATES SERIES 2006-1,<br><br>     Plaintiff,<br><br>vs.<br><br>SEVEN HILLS MASTER COMMUNITY ASSOCIATION; SFR INVESTMENTS POOL 1, LLC; and ALESSI & KOENIG, LLC,<br><br>     Defendants. | Case No. 2:16-cv-00693-RFB-PAL<br><br>**NOTICE OF DISASSOCIATION AND WITHDRAWAL OF COUNSEL** |
| SFR INVESTMENTS POOL 1, LLC, LLC, a Nevada limited liability company,<br><br>     Counter/Cross Claimant,<br><br>vs.<br><br>DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE UNDER THE POOLING AND SERVICING AGREEMENT RELATING TO IMPAC SECURED ASSETS CORP., MORTGAGE PASS-THROUGH CERTIFICATES SERIES 2006-1; and WILLIAM C. PARKER, an individual,<br><br>     Counter/Cross Defendants. | |

- 1 -

SFR Investments Pool 1, LLC ("SFR"), by and through its counsel of record, Kim Gilbert Ebron, hereby provide notice that Trella N. McLean, Esq., is no longer associated with the firm of Kim, Gilbert, Ebron.  SFR hereby requests Ms. McLean be removed from the CM/ECF service list.

Kim Gilbert Ebron will continue to represent SFR Investments Pool 1, LLC and request that Jacqueline A. Gilbert, Karen L. Hanks, Diana Cline Ebron and Howard C. Kim receive all future notices.

DATED this 26th day of August, 2016.

**KIM GILBERT EBRON**

*/s/ Jacqueline A. Gilbert*
DIANA CLINE EBRON, ESQ.
Nevada Bar No. 10580
JACQUELINE A. GILBERT, ESQ.
Nevada Bar No. 10593
KAREN L. HANKS, ESQ.
Nevada Bar No. 9578
7625 Dean Martin Drive, Suite 110
Las Vegas, Nevada  89139
*Attorneys for SFR Investments Pool 1, LLC*

IT IS SO ORDERED this 1st day of September, 2016.

Peggy A. Leen
United States Magistrate Judge

- 2 -

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 26th day of August 2016, pursuant to FRCP 5, I served via the CM-ECF electronic filing system the foregoing **NOTICE OF DISASSOCIATION** to the following parties:

Melanie D. Morgan
William Shane Habdas
Akerman LLP
1600 Town Center Drive, Suite 330
Las Vegas, NV 89144
(702) 634-5000
Email: melanie.morgan@akerman.com
Email: william.habdas@akerman.com

*Counsel for DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE UNDER THE POOLING AND SERVICING AGREEMENT RELATING TO IMPAC SECURED ASSETS CORP., MORTGAGE PASS-THROUGH CERTIFICATES SERIES 2006-1*

Edward D. Boyack
Boyack Orme & Taylor
401 N. Buffalo Drive
Suite #202
Las Vegas, NV 89145
702-562-3415
Fax: 702-562-3570
Email: ted@boyacklaw.com

*Counsel for Seven Hills Master Community Association*

> */s/ Trella N. Perkins-McLean*
> An employee of KIM GILBERT EBRON