1  MELANIE D. MORGAN, ESQ.
   Nevada Bar No. 8215
2  JAMIE K. COMBS, ESQ.
   Nevada Bar No. 13088
3  AKERMAN LLP
   1160 Town Center Drive, Suite 330
4  Las Vegas, NV 89144
   Telephone: (702) 634-5000
5  Facsimile: (702) 380-8572
   Email: melanie.morgan@akerman.com
6  Email: jamie.combs@akerman.com

7  *Attorneys for Plaintiff and Counter-
   Defendant Deutsche Bank National Trust
8  Company*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE UNDER THE POOLING AND SERVICING AGREEMENT RELATING TO IMPAC SECURED ASSETS CORP., MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-1,<br><br>Plaintiff,<br><br>vs.<br><br>SEVEN HILLS MASTER COMMUNITY ASSOCIATION; SFR INVESTMENTS POOL 1, LLC; and ALESSI & KOENIG, LLC,<br><br>Defendants. | Case No.: 2:16-cv-00693-RFB-PAL<br><br>**NOTICE OF DISASSOCIATION** |
| SFR INVESTMENTS POOL 1, LLC, a Nevada limited liability company,<br><br>Counter/Cross Claimant,<br><br>vs.<br><br>DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE UNDER THE POOLING AND SERVICING AGREEMENT RELATING TO IMPAC SECURED ASSETS CORP., MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-1; and WILLIAM C. PARKER, an individual,<br><br>Counter/Cross Defendants. | |

PLEASE TAKE NOTICE that Deutsche Bank National Trust Company, As Trustee Under The Pooling And Servicing Agreement Relating To Impac Secured Assets Corp., Mortgage Pass Through Certificates, Series 2006-1,, hereby provides notice that Allison R. Schmidt, Esq., is no longer associated with the law firm of Akerman LLP.

Akerman LLP continues to serve as counsel for Deutsche Bank National Trust Company, in this action. All future correspondence and papers in this action should continue to be directed Melanie D. Morgan, Esq. and Jamie K. Combs, Esq., receive all future notices.

Respectfully submitted, this 26th day of May, 2017.

**AKERMAN LLP**

/s/ *Jamie K. Combs*
MELANIE D. MORGAN, ESQ.
Nevada Bar No. 8215
JAMIE K. COMBS, ESQ.
Nevada Bar No. 13088
1160 Town Center Drive, Suite 330
Las Vegas, Nevada 89144

*Attorneys for Plaintiff and Counter-Defendant*
*Deutsche Bank National Trust Company, as Trustee*

### COURT APPROVAL

IT IS SO ORDERED.

Date: June 2, 2017

_____
UNITED STATES MAGISTRATE JUDGE

2

# CERTIFICATE OF SERVICE

I hereby certify that on the 26th day of May, 2017.pursuant to FRCP 5(b)(2)(E), I caused service of a true and correct copy of the foregoing **NOTICE OF DISASSOCIATION** to be made electronically via the U.S. District Court's Case Management/Electronic Case Files (CM/ECF) system for filing and transmittal to all interested parties

| | |
|---|---|
| Edward D. Boyack, Esq. | Diana S. Cline Ebron, Esq. |
| Patrick A. Orme, Esq. | Howard C. Kim, Esq. |
| Boyack Orme & Anthony | Karen L. Hanks, Esq. |
| 7432 W Sahara Ave., Ste. 101 | Jacqueline A. Gilbert, Esq. |
| Las Vegas, NV 89117 | Kim Gilbert Ebron |
| *Attorney for Defendant Seven Hills Master Community Association* | 7625 Dean Martin Dr., Ste. 110 |
| | Las Vegas, Nevada 89139 |
| | *Attorneys for Defendant SFR Investments Pool 1 LLC* |

                                                                   */s/ Doug J. Layne*
                                                                    An employee of Akerman LLP

AKERMAN LLP
1160 TOWN CENTER DRIVE, SUITE 330
LAS VEGAS, NEVADA 89144
TEL.: (702) 634-5000 – FAX: (702) 380-8572