AO450 (NVD Rev. 2/18)   Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

Deutsche Bank National Trust Company,

               Plaintiff,

  v.

Seven Hills Master Community Association, SFR Investments Pool 1, LLC, et al.

               Defendants.

DEFAULT JUDGMENT IN A CIVIL CASE

Case Number: 2:16-cv-00693-RFB-BNW

☐ **Jury Verdict.**  This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court.**  This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☒ **Decision by Court.**  This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that Defendants' Motion for Default Judgment against Cross Defendant William Parker is GRANTED.

 

March 31, 2021  
Date

DEBRA K. KEMPI  
Clerk

/s/ H. Magennis  
Deputy Clerk