ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
MELANIE D. MORGAN, ESQ.
Nevada Bar No. 8215
DONNA M. WITTIG, ESQ.
Nevada Bar No. 11015
AKERMAN LLP
1635 Village Center Circle, Suite 200
Las Vegas, Nevada 89134
Telephone: (702) 634-5000
Facsimile: (702) 380-8572
Email: ariel.stern@akerman.com
Email: melanie.morgan@akerman.com
Email: donna.wittig@akerman.com

*Attorneys for Deutsche Bank National Trust Company, as Trustee under the Pooling and Servicing Agreement Relating to Impac Secured Assets Corp., Mortgage Pass-Through Certificates, Series 2006-1*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE UNDER THE POOLING AND SERVICING AGREEMENT RELATING TO IMPAC SECURED ASSETS CORP., MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-1, <br><br> Plaintiff, <br><br> vs. <br><br> SEVEN HILLS MASTER COMMUNITY ASSOCIATION; SFR INVESTMENTS POOL 1, LLC; and ALESSI & KOENIG, LLC, <br><br> Defendants. | Case No. 2:16-cv-00693-RFB-BNW <br><br> **ORDER TO RELEASE BOND** |
| AND ALL RELATED CLAIMS | |

…

…

…

…

1

57779536;1

Defendant SFR Investments Pool 1, LLC demanded plaintiff Deutsche Bank National Trust Company, as Trustee under the Pooling and Servicing Agreement Relating to Impac Secured Assets Corp., Mortgage Pass-Through Certificates, Series 2006-1 post a cost bond pursuant to NRS 18.130(1) [ECF No. 8].  This court thereafter ordered Deutsche Bank to post a $500 bond [ECF No. 12].  A $500 cash deposit was subsequently made by Akerman, LLP on behalf of Deutsche Bank [ECF No. 20].  The purpose of the cost bond is to provide "security for the costs and charges which may be awarded against [the] plaintiff . . ." NRS 18.130(1).

On March 31, 2021, the court entered a judgment [ECF No. 82]. As this matter is now concluded, the court will refund to Akerman LLP, on behalf of Deutsche Bank, the $500.00 security bond, and any interest.

**IT IS SO ORDERED.**

UNITED STATES DISTRICT JUDGE

DATED: January 24, 2024

57779536;1